1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

**The '502 Patent**

(11 pages)

US008672502B2

(12) **United States Patent**
    Hartman

(10) **Patent No.:**     **US 8,672,502 B2**
(45) **Date of Patent:**     **Mar. 18, 2014**

(54) **LAMP AND ILLUMINATED HARDSCAPE**

(76) Inventor:    **Michael S. Hartman**, Sinking Spring,
                  PA (US)

( * ) Notice:    Subject to any disclaimer, the term of this
                 patent is extended or adjusted under 35
                 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/279,820**

(22) Filed:    **Oct. 24, 2011**

(65)    **Prior Publication Data**

    US 2012/0188751 A1    Jul. 26, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 12/416,644, filed on
     Apr. 1, 2009, now Pat. No. 8,066,398, and a
     continuation-in-part of application No. 11/517,130,
     filed on Sep. 7, 2006, now Pat. No. 7,524,077.

(51) **Int. Cl.**
     ***F21S 8/00***     (2006.01)
(52) **U.S. Cl.**
     USPC ........... **362/145**; 362/146; 362/147; 362/370;
                                                        52/28

(58) **Field of Classification Search**
     USPC ......... 40/565; 52/28, 306; 362/145–147, 152,
                            362/191, 368, 370, 576
     See application file for complete search history.

(56)    **References Cited**

    U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,976,765 | B2 * | 12/2005 | Helenowski | .................. 362/147 |
| 7,524,077 | B2 * | 4/2009 | Hartman | ....................... 362/145 |
| 8,002,447 | B2 * | 8/2011 | Patti | ............................... 362/152 |
| 8,066,398 | B2 * | 11/2011 | Hartman | ....................... 362/145 |

* cited by examiner

*Primary Examiner* — Stephen F Husar
(74) *Attorney, Agent, or Firm* — Fox Rothschild LLP

(57)    **ABSTRACT**

A lamp and a hardscape structure illuminated by the lamp are
disclosed. The lamp is formed from a plate to which a light
fixture is attached. The plate may have a flange, a decorative
face plate and side panels attached to direct light from the
fixture along the hardscape on which the lamp is mounted.
Mounting is effected by positioning the plate between dis-
crete hardscape elements that are stacked one atop another. A
portion of the plate projects out from the structure allowing
the fixture to cast light on the structure surface. A light trans-
mitting cover is also provided.

**11 Claims, 7 Drawing Sheets**



EXHIBIT 2
The '502 Patent
page 1 of 11

**U.S. Patent**       **Mar. 18, 2014**       **Sheet 1 of 7**       **US 8,672,502 B2**



FIG.1

FIG.2

EXHIBIT 2
The '502 Patent
page 2 of 11

Case 3:17-cv-00555-MMD-VPC   Document 1-5   Filed 09/11/17   Page 4 of 12



*FIG.3*



*FIG.4*

EXHIBIT 2
The '502 Patent
page 3 of 11



**FIG.5**

EXHIBIT 2
The '502 Patent
page 4 of 11

U.S. Patent          Mar. 18, 2014          Sheet 4 of 7          US 8,672,502 B2



FIG.6

EXHIBIT 2
The '502 Patent
page 5 of 11

**U.S. Patent**          Mar. 18, 2014          Sheet 5 of 7          US 8,672,502 B2



*FIG.7*

*FIG.8*

EXHIBIT 2
The '502 Patent
page 6 of 11

Case 3:17-cv-00555-MMD-VPC   Document 1-5   Filed 09/11/17   Page 8 of 12



*FIG.9*

66

68

48

70

50

EXHIBIT 2
The '502 Patent
page 7 of 11



FIG.10

EXHIBIT 2
The '502 Patent
page 8 of 11

US 8,672,502 B2

**1**

## LAMP AND ILLUMINATED HARDSCAPE

### CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of U.S. application Ser. No. 11/517,130, filed Sep. 7, 2006, now U.S. Pat. No. 7,524,077, and a continuation of U.S. application Ser. No. 12/416,644, filed Apr. 1, 2009, now U.S. Pat. No. 8,066,398, which applications are hereby incorporated herein by reference.

### FIELD OF THE INVENTION

This invention relates to lighting for illuminating hardscape structures such as retaining walls.

### BACKGROUND OF THE INVENTION

Masonry structures used as a part of a landscape design are known as the "hardscape". The hardscape incorporates structures such as pathways, steps, driveways, retaining walls and the like into an aesthetic installation generally, although not exclusively, in an outdoor setting which combines plant, masonry, and lighting elements to enhance the visual environment of a residence, commercial facility or school campus to cite but a few examples.

The hardscape may be formed of natural stone, bricks or blocks manufactured from concrete which are available in various colors, shapes and textures that simulate natural or quarried stone. Such products, for example, those provided by companies such as EP Henry of Woodbury, N.J., constitute structural systems which allow for the construction of structures such as retaining walls using discrete masonry elements that may be positioned atop one another to form a wall without the use of mortar. The structure is, nevertheless, a substantially permanent structure due to the weight, regular shape, friction and quasi-interlocking nature of the discrete elements.

As lighting is often an important component of the landscape design, it is desirable to incorporate lighting elements, such as lamps, into the design. Present practice features stand alone lamps that mount in the ground adjacent to the hardscaping. It would be advantageous to provide lamps that form an integral part of the hardscape.

### SUMMARY OF THE INVENTION

The invention concerns a lamp adapted for mounting on a structure formed of a plurality of discrete elements stacked one atop another. The lamp comprises a plate positionable between at least two of the elements. Contact between the plate and the elements retains the lamp in position on the structure. A light fixture is attached to the plate.

Another embodiment of the invention concerns a lamp mountable on a wall formed of elements stacked one atop another. The lamp comprises a plate positionable between two of the elements. A flange is mounted on the plate. The flange is oriented at an angle to the plate and has a first surface facing outwardly away from the plate and a second surface positioned opposite thereto. A light fixture is attached to the second surface of the flange, and a face plate is attached to the first surface of the flange.

The lamp may further comprise first and second side panels located at opposite ends of the face plate. The side panels are oriented angularly with respect to the face plate.

**2**

The invention further encompasses an illuminated hardscape that comprises a wall formed of a plurality of discrete elements positioned one atop another. A lamp is mounted on the wall. The lamp comprises a plate positioned between at least two of the elements. Contact between the plate and the elements retains the lamp in position on the wall. A light fixture is attached to the plate. A portion of the plate projects outwardly from the wall. The light fixture is attached to the projecting portion of the plate.

In another embodiment, the invention includes an illuminated hardscape. The hardscape comprises at least one tread of a step formed of a plurality of discrete elements positioned one atop another. A lamp is mounted on a riser above the tread. The lamp comprises a plate positioned between at least two of the elements. Contact between the plate and the elements retains the lamp in position on the riser. light fixture is attached to the plate.

Preferably, the lamp is positioned on one side of the step and comprises an elongated side panel positioned on one side of the lamp. The elongated side panel directs light from the lamp to an opposite side thereof. The lamp may also have a face plate positioned adjacent to the elongated side panel. The face plate has an asymmetrical shape for further directing light from the lamp to the opposite side.

The invention also includes a method of constructing an illuminated hardscape. The method comprises:
assembling the hardscape by positioning a plurality of discrete elements one atop another; providing a lamp comprising a plate and a light fixture attached to the plate; and positioning the plate between at least two of the elements, contact between the plate and the elements retaining the lamp in position on the hardscape.

The invention further provides a light transmitting cover for the lamp. The cover acts to protect the lamp from the environment and can provide other benefits such as light enhancement, e.g., colored lenses, light diffusion, etc.

### BRIEF DESCRIPTION OF THE DRAWINGS

The following detailed description will be better understood when read in conjunction with the figures appended hereto. For the purpose of illustrating the invention, there is shown in the drawings preferred embodiments. It is understood, however, that this invention is not limited to this embodiment or the precise arrangements shown.

FIG. **1** is a perspective view of a lamp according to the invention;

FIG. **2** is a rear perspective view of the lamp shown in FIG. **1**;

FIG. **3** is a rear perspective view of another embodiment of a lamp according to the invention;

FIG. **4** is a perspective view of another embodiment of a lamp according to the invention;

FIG. **5** is a detailed perspective view of a portion of a hardscape structure having a lamp according to the invention;

FIG. **6** is a perspective view of an illuminated hardscape under construction;

FIG. **7** is a front perspective view of another embodiment of a lamp according to the invention;

FIG. **8** is a rear perspective view of the lamp embodiment shown in FIG. **7**;

FIG. **9** is a perspective view of an illuminated hardscape comprising steps under construction; and

FIG. **10** is an alternative embodiment of a face plate having a light cover.

EXHIBIT 2
The '502 Patent
page 9 of 11

US 8,672,502 B2

**3**

DETAILED DESCRIPTION OF THE
EMBODIMENTS

FIGS. **1** and **2** show a lamp **10** integrable into a hardscape structure for illumination. Lamp **10** comprises a plate **12** having a flange **14** attached thereto. Plate **12** has a top side **13** and an underside **15**. Flange **14** may be integral with the plate and oriented transversely to the plane **16** of the plate. A right angle flange is shown, but it is understood that the flange could be oriented at virtually any angle relative to the plate. A light fixture **18** is attached to the plate **12**. In the embodiment shown in FIG. **2**, the light fixture is attached to plate **12** by way of flange **14**, although it could also be attached directly to the plate as shown in FIG. **3**. Light fixture **18** provides a socket **20** that receives a bulb **22**. The fixture may be mounted using a bracket **24** that is attached using a fastener **26**, such as a rivet. Bracket **24** may also be attached in other ways, such as with adhesives, by welding as well as brazing. An electrical power line **28** extends from the fixture, the power line being connectable to a source of electrical power, such as a transformer, as described below. The bulb **22** can be of any suitable type, including LED type light sources.

As best illustrated in FIG. **1**, a decorative face plate **30** may be attached overlying a surface **14***a* of the flange **14**, the surface **14***a* facing away from plate **12**. The light fixture **18**, when attached to the flange, is attached to the opposite surface **14***b* shown in FIG. **2**. Attachment of the face plate to the flange is via fasteners **32**, such as screws. Adhesives, brazing and welding are also feasible attachment methods. Side panels **34** may be mounted at opposite ends of the face plate **30**. Together the face plate, flange and the side panels help direct illumination from the bulb **22** in a direction downwardly along the hardscape on which the lamp is mounted.

FIG. **4** illustrates another embodiment **36** of the lamp according to the invention. Lamp **36** comprises a plate **12** to which a light fixture **18** may be attached, either directly or via a flange **14** as shown. In this embodiment, side panels **34** are positioned at opposite ends of flange **14**. The flange and the side panels cooperate to direct light from the bulb **22** in fixture **18** downwardly along the hardscape on which the lamp is mounted. The flange may be integrally formed with the plate and bent or molded into the angular orientation desired. Likewise, the side panels may be an integral part of the flange bent or molded into an angular orientation.

It is advantageous to make the plate, flange, face plate and side panels from robust materials such as metal that can withstand the effects of weather. The plate and flange may be, for example, aluminum or stainless steel to prevent corrosion, and the faceplate and side panels may be copper or brass for a decorative effect. Plastics and fiber reinforced composites may also be used, as well as a combination of metals, plastics and other materials.

As shown in FIG. **5**, the lamp **10** is integrated into a hardscape structure, such as a retaining wall **38**, a portion of which is shown in phantom line. Retaining wall **38** is formed from discrete block-like elements **40** positioned atop one another, and the plate **12** of lamp **10** is positionable between the block-like elements **40** for mounting on the wall. The plate is thin enough and the blocks sufficiently coarse that the presence of the plate does not significantly affect the stacking of the blocks. The lamp takes the orientation of the strata in which it is positioned. The lamp is retained to the wall by contact between the plate **12** and the block-like elements **40** and does not require separate fasteners. The lamp is positioned with a portion of the plate **12** projecting from the wall so that the flange **14** is in spaced relation away from the wall.

**4**

This provides a space between the flange and the wall for the light fixture and the bulb to illuminate the surrounding area.

FIG. **6** shows an illuminated hardscape **42** being constructed, in this example, the aforementioned retaining wall **38**. A plurality of lamps **10** are integrally mounted within the retaining wall by positioning the plates **12** between discrete block-like elements **40** as they are stacked atop one another to form the hardscape. No special tools are required, and the components of the lamp are readily accessible for repair or replacement, providing significant ease of maintenance. Power lines **28** extend from the lamps and are connected via a bus **44** to a power source, such as a transformer **46**, which steps **110** volt household electrical service to a low voltage typically used with outdoor lighting systems. Although plates **12** are shown oriented horizontally in the wall **38**, it is understood that a vertical orientation is also feasible by positioning the plate within the vertical seam between two adjacent block-like elements **40**.

FIG. **7** shows another embodiment of a lamp **48** according to the invention. Lamp **48** is configured asymmetrically so that it casts its light **50** predominantly to one side. Lamp **48** is constructed similarly to the embodiments previously described in that it comprises a plate **52** and a flange **54**. The flange is asymmetrically arranged with an elongated side panel **56** on one side which helps to direct the light in a preferred direction. The lamp may also include a face plate **58** to hide the structural components of the lamp and further direct the light as desired. Note that the elongated side panel may be integrally formed with the flange, attached to the flange, integrally formed with the face plate, or attached to the face plate. As shown in FIG. **8**, a light fixture **60** is attached to lamp **48**, preferably to flange **54**. The light fixture receives a bulb **62** and has a power cord **64**.

Asymmetrical lamps **48** are advantageous for illuminating treads **66** of steps **68** as shown in FIG. **9**. Two lamps may be positioned in spaced relation along a riser **70** and oriented so that their light **50** converges on the tread **66**. This configuration will provide more even illumination of steps and better define the limits and extent of the steps for both safety and aesthetic advantage.

With reference to FIG. **10**, an embodiment providing a light transmitting cover attached to the lamp **10** to cover light fixture **18** (including the socket **20** and bulb **22**) is now described. In this preferred embodiment, a decorative face plate **30***a*, similar to the faceplate **30** shown in FIGS. **1** and **2**, is attachable to the plate **16** overlying the surface **14***a* of the flange **14** in a similar manner as that of faceplate **30**, which in this case would be attached with screws **32**. A rectangular light transmitting cover **72** extends along a bottom of the face plate **30***a* between side panels **34** supported on support tabs **74** which extend from the side panels **34** as illustrated. The light transmitting cover can be made of any suitable material, such as polycarbonate or borosilicate glass, and preferably attached to the face plate with a suitable adhesive **76** such as a silicone RTV (room temperature vulcanizing) sealant. As used herein, "light transmitting" includes any suitable light translucent and light transparent materials, as well as lenses or other materials that allow light to pass through.

The light cover **72** prevents water from splashing onto the bulb and socket. When the light is on, the bulb and socket can get very hot and become prone to cracking if splashed with much cooler water, e.g., rain that splashes off of the pavement and up into the light fixture. The light cover also offers other benefits, such as the ability to enhance the light through the use of filters, colored glass to color the light, lenses to diffuse or focus the light, and to provide other desirable effects. It is also appreciated that other embodiments are possible. For

EXHIBIT 2
The '502 Patent
page 10 of 11

US 8,672,502 B2

5

example, the light cover could be in the form of a smaller cover or of different shapes and can be mounted to the lamp in different ways. Other possible alternative embodiments contemplated include a cover that clips onto the bulb or socket, or which is attached directly to the plate **12** and not through the decorative face plate **30***a*. It is also appreciated that by adding the light cover to the face plate **30***a* or other attachable means which can be added easily to the lamp, various alternative options for different light enhancements can be provided to the consumer.

Lamps according to the invention provide a simple and elegant illumination for hardscape design that is easy to install and maintain. Such lamps are readily removable and repositionable and facilitate repair or reconfiguration of the hardscape as required. They may be used with any form of hardscape, for example, concrete products such as blocks or bricks, natural stone, mortared or stacked structures, wooden structures such as decks and retaining walls made from railroad ties to cite but a few exemplary applications.

What is claimed is:

**1**. A lamp adapted for mounting on a structure formed of a plurality of discrete elements stacked one atop another, said lamp comprising:

   a plate positionable between at least two of said elements, contact between said plate and said elements retaining said lamp in position on said structure, said plate having a top side and an underside, said plate having a length and width substantially larger than a thickness between the top side and underside and defining a given perimeter with a projection portion; and

   a light fixture, including at least one light source, attached relative to said plate such that said light source is on the underside of said plate within the given perimeter and proximate the projection portion.

**2**. A lamp in accordance with claim **1** wherein said light fixture is attached to said underside of said plate.

**3**. A lamp in accordance with claim **1** further comprising a structure extending from the underside of the plate along the projection portion.

**4**. A lamp in accordance with claim **3** wherein the given perimeter includes lateral sides extending from the projection portion and wherein structure extends from the underside of the plate along a portion of each lateral side adjacent the projection portion.

6

**5**. A lamp in accordance with claim **4** wherein the at least one light source is positioned within a space defined between the structure extending along the projection portion and along the portions of the lateral sides.

**6**. A lamp in accordance with claim **4** wherein said structure along the projection portion is a flange depending from the plate.

**7**. A lamp in accordance with claim **6** wherein first and second side panels located at opposite ends of said flange define the structure extending along the portions of the lateral sides.

**8**. A lamp in accordance with claim **7** wherein one of the side panels defines an elongated panel positioned on one side of said lamp, said elongated side panel directing light from said lamp to an opposite side thereof.

**9**. A lamp in accordance with claim **6** wherein said flange is integrally connected to said plate.

**10**. An illuminated hardscape comprising:

   a wall formed of a plurality of discrete elements positioned one atop another; and

   a lamp mounted on said wall, said lamp comprising a plate positionable between at least two of said elements, contact between said plate and said elements retaining said lamp in position on said structure, said plate having a top side and an underside, said plate having a length and width substantially larger than a thickness between the top side and underside and defining a given perimeter with a projection portion; and a light fixture, including at least one light source, attached relative to said plate such that said light source is on the underside of said plate within the given perimeter and proximate the projection portion.

**11**. A lamp adapted for mounting on a structure formed of a plurality of discrete elements stacked one atop another, said lamp comprising:

   a plate positionable between at least two of said elements, contact between said plate and said elements retaining said lamp in position on said structure, said plate having a top side and an underside; and

   a light fixture, including at least one light source, attached relative to said plate underside such that said light source distributes light away from, but not forwardly parallel, relative to the plate underside.

\*   \*   \*   \*   \*

EXHIBIT 2
The '502 Patent
page 11 of 11