# EXHIBIT 7

**Nox's Product**

(2 pages)

*FREE SHIPPING* for orders over $250

# Nox Lighting

Home    LED Fixtures    Lighting Kits    Parts and Accessories    All Products    Contact Us

Log in or create an account

Your cart is empty

Become a fan on Facebook
Watch our videos on YouTube

## LED Retaining Wall Light by Nox Lighting



Bronze LED Retaining W ▼    $75.99 USD

Qty:    Add to Cart    1

**LED Retaining Wall Lights by Nox Lighting** are extremely versatile landscape lighting fixtures. Their low profile design is perfect for any hardscape lighting project - retaining walls lights, seating bench lights, step lights, and so much more. The Nox LED Step & Retaining Wall Light can even be incorporated into deck railings and balconies. This low voltage landscape lighting fixture has a stainless steel construction and a durable, bronze powder-coat finish. Our simple design makes integrating this light into your landscape plan a breeze, and maintenance is quick and easy. Our LED bulbs radiate a perfect incandescent color lending that ideal warmth to your outdoor living space - turning your backyard into a paradise you can enjoy both day and night all year around.

Tweet
Like 0

Our LED Retaining Wall Light is the **only serviceable light of its kind** available on the market - simply replace the bulb. No other manufacturer can say the same.

Click here for **CAD Details and Product Specifications**.

LED Retaining Wall Light by Nox Lighting

Warranty:

EXHIBIT 7
Nox's Product
page 1 of 2

Replaces Wall Mount fixture light housing and sockets. Sold with a LIFETIME WARRANTY. Bulbs are warranted for 1 year from the date of purchase.

**Specs:**

Fixture reveal measures 6" wide by 3/4" deep. LED bulbs consume 1.5 watts, 90 Lumens per fixture. 18/2 Wire recommended.

**Customization:**

Need a custom finish or color? No problem. Call us to place your order. (866) 919-4669

This Fixture is **MADE in the USA**.

**Customer Reviews**

No reviews yet  Write a review

**Related Products**


**6x9" LED Paver Light by Nox...**
$75.99 $109.99


**Circle Cored LED Paver Light by ...**
$64.99 $99.99


**Dimmable Brass LED Spot Light by...**
$159.99 $199.99

Copyright Nox Lighting, 2011.

Website hosting by Shopify

**More about Nox Lighting**

- Contact Us
- Warranty Information
- Return Policy
- Search

**Join our Mailing List**

Email address:

[Join]

PAYMENT METHODS WE ACCEPT

     

EXHIBIT 7
Nox's Product
page 2 of 2